UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| **PHILLIP BONE,** *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No.:  5:18-cv-1706-LCB |
| | ) |
| **ALLIANCE INVESTMENT COMPANY, LLC D/B/A AICE CONCRETE,** | ) ) ) |
| | |
| Defendant. | |

## ORDER OF DISMISSAL

Pursuant to Fed. R. Civ. P. 58, and for the reasons stated in the memorandum opinion issued contemporaneously herewith, the Defendant's motion for summary judgment (Doc. 22) as to Count I of the Plaintiffs' complaint is **GRANTED** and Count I is **DISMISSED WITH PREJUDICE**.  The motion for summary judgment is **DENIED** as to Count II.

**DONE** and **ORDERED** October 8, 2020.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE