# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **PHILLIP BONE,** *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No.: 5:18-cv-1706-LCB |
| ) | |
| **ALLIANCE INVESTMENT** ) | |
| **COMPANY, LLC D/B/A AICE** ) | |
| **CONCRETE,** ) | |
| | |
| Defendant. | |

## ORDER

A telephone conference was conducted on November 5, 2020, regarding the posture of the case given the Court's previous ruling on the motion for summary judgment. As discussed, the parties are **ORDERED** to submit a joint status report on or before December 1, 2020, regarding the status of the case going forward.

**DONE** and **ORDERED** November 10, 2020.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE