FILED
2021 Jan-04 PM 03:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF FEDERAL
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **PHILLIP BONE, QUINTIN DAVIS AND JEFFREY GARNER,** | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 5:18-CV-01706-LCB |
| **ALLIANCE INVESTMENT COMPANY, LLC D/B/A AIC CONRETE,** | ) ) ) ) | |
| Defendant. | ) | |

### Joint Status Report

**COME NOW** the Parties, by and through the undersigned counsel, and submit a joint status report pursuant to this Court's December 4, 2020, Order (doc. 35), stating as follows:

1. **Status of the Case.** The Parties have been actively engaging in settlement discussions. However, undersigned counsel for the Plaintiffs contracted Covid 19 during the month of December, causing a pause in counsel's practice. Counsel has recovered sufficiently to resume settlement negotiations and both parties believe that additional settlement discussion would be productive.

**WHEREFORE,** the Parties jointly request an additional 30 days to continue negotiating a potential settlement of the case.

Respectfully submitted,


/s/ W. Alan Duke, Jr.
**W. Alan Duke, Jr.**
Bar No.: ASB-6099-E60D

*Attorney for Defendant,*
*Alliance Investment Company*


**OF COUNSEL:**
HAMER LAW GROUP, LLC
2100 First Avenue North, Suite 230
Birmingham, AL 35203
855-414-2637 (phone)
888-908-7234 (fax)
alan.duke@hamerlawgroup.com


/s/ Michael E. Auffenorde
**Michael E. Auffenorde**
Bar No.: ASB-9810-O57M
*Attorney for Plaintiffs*

**OF COUNSEL:**
Michael E. Auffenorde
MICHAEL E. AUFFENORDE, P.C.
P.O. Box 12789
Huntsville, AL 35815