# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **PHILLIP BONE,** *et al.,* | ) |
| **Plaintiffs,** | ) |
| v. | ) Case No.: 5:18-cv-1706-LCB |
| **ALLIANCE INVESTMENT COMPANY, LLC D/B/A AICE CONCRETE,** | ) |
| **Defendant.** | ) |

## ORDER

The parties submitted a joint status report on January 4, 2021, informing the Court that settlement negotiations were ongoing and requesting an additional 30 days to continue those negotiations before proceeding with the case. The request is well taken. The parties are **ORDERED** to submit a joint status report on or before February 3, 2021, regarding the status of the case going forward.

**DONE** and **ORDERED** January 6, 2021.

_____
**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE