FILED
2021 Apr-26  PM 08:26
U.S. DISTRICT COURT
N.D. OF ALABAMA



# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **PHILLIP BONE, QUINTIN DAVIS** | ) | |
| **AND  JEFFERY GARNER,** | ) | |
| | ) | |
| **PLAINTIFFS,** | ) | |
| **vs.** | ) | **5:18-CV-01706-LCB** |
| | ) | |
| **ALLIANCE INVESTMENT** | ) | |
| **COMPANY LLC D/B/A** | ) | |
| **AIC CONCRETE,** | ) | |
| | ) | |
| **DEFENDANT.** | ) | |

## PLAINTIFFS' WITNESS & EXHIBIT LIST

Plaintiffs Phillip Bone, Quintin Davis and Pearlene Michelle Garner, as personal representative of the estate of Jeffrey Garner ("Jeffrey Garner" or "Garner") serves the following list of names and addresses of all witnesses whose testimony Plaintiffs' may offer at trial as well as a list of all exhibits to be used at trial:

### WITNESS LIST

**Primary Witnesses**

1. Phillip Bone
   c/o Michael E. Auffenorde P.C.
   P.O. Box 12789
   Huntsville, AL35815

2. Quintin Davis
   c/o Michael E. Auffenorde P.C.

    P.O. Box 12789
    Huntsville, AL35815

3.  Jeffrey Garner, deceased, via deposition testimony taken by
    Defendant on August 21, 2019

4.  Pearlene Michelle Garner
    c/o Michael E. Auffenorde P.C.
    P.O. Box 12789
    Huntsville, AL35815

Plaintiffs' may call the following witnesses:

1.  Kasey Birdsong, President of AIC
    c/o Hamer Law Group, LLC
    2100 First Avenue North, Suite 230
    Birmingham, AL 35203

2.  Alvin Gibson, General Superintendent of AIC
    c/o Hamer Law Group, LLC
    2100 First Avenue North, Suite 230
    Birmingham, AL 35203

3.  Daniel Gibson, Vice President of AIC
    c/o Hamer Law Group, LLC
    2100 First Avenue North, Suite 230
    Birmingham, AL 35203

## EXHIBIT LIST

Plaintiffs' expect to offer the following exhibits at trial:

1.      Defendant's Response to Plaintiffs' Interrogatories and Request for Production

2.      Emails Bates labelled AIC _000113 -000119

3.      AIC_000034 Jeffrey Garner Drug Screen Test Results

4.      AIC_000090 Quinton Davis Drug Screen Test Results

5.      Four Cell Phone Screenshots terminating Plaintiffs

6.      Defendant's Position Statement to the EEOC

7.      Excerpts from videos of Plaintiffs' conversations with coworkers

8.      Excerpts from video of Plaintiffs being asked to turn over video for paycheck

9.      Excerpts from the Deposition of Jeffrey Garner, including pp. 37-38, 44-50

10.     Morgan County Probate Court Letters of Administration issued to Pearlene Michelle Garner for the Estate of Jeffrey Relois Garner

11.     Any witness identified in Defendant's witness list

12.     Any individual identified in the Defendant's discovery responses

13.     Any witness needed for impeachment or rebuttal.

Respectfully submitted,


/s/ *Michael E. Auffenorde*
MICHAEL E. AUFFENORDE
Attorney for Plaintiff



Of Counsel:
MICHAEL E. AUFFENORDE, P.C.
P.O. Box 12789
Huntsville, AL 35815
(256) 603-3925
aalaw@bellsouth.net




## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via the electronic filing system which will serve a copy on the following counsel of on April 26, 2021:

Christopher S. Hamer
W. Alan Duke, Jr.
HAMER LAW GROUP, LLC
2100 First Avenue North, Suite 230
Birmingham, AL 35203
chris.hamer@hamerlawgroup.com
alan.duke@hamerlawgroup.com


/s/*Michael E. Auffenorde*
OF COUNSEL